UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-335

In Regard to the Matter of:

Bayside State Prison              OPINION/REPORT
Litigation                           OF THE
                                  SPECIAL MASTER

ANTHONY HUSSIE
          -vs-

WILLIAM H. FAUVER, et al,

          Defendants.

\*       \*       \*       \*

FRIDAY, JANUARY 9, 2009

\*       \*       \*       \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 2

Transcript of proceedings in the above

matter taken by Theresa O. Mastroianni, Certified

Court Reporter, license number 30XI00085700, and

Notary Public of the State of New Jersey at the

United States District Court House, One Gerry Plaza,

Camden, New Jersey, 08102, commencing at 10:00 AM.

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

A P P E A R A N C E S:


ROSELL1 & GRIEGEL, PC

BY:   JAMES LAZZARO ESQUIRE

1337 STATE HIGHWAY 33

HAMILTON SQUARE, NEW JERSEY   08690

609-586-2257

ATTORNEYS FOR THE DEFENDANTS

JUDGE BISSELL:   I am reopening
proceedings in the case of Anthony Hussie, docket
number 08-335.

I realize that evidence was presented
over several sessions in this matter, both in terms
of exhibits and testimony.  I have examined all of it
in the last couple of days in order to reach this
decision.

This opinion/report is being issued
pursuant to the directives of the Order of Reference
to a Special Master and the Special Master's
Agreement and the guiding principles of law which
underlie this decision to be applied to the facts
upon which it is based as set forth in the jury
instructions in the Walker and Mejias jury charges to
the extent applicable to the allegations of Mr.
Hussie.

As finalized after review under Local
Civil Rule 52.1, this transcript will constitute the
written report required under paragraph seven of the
Order of Reference to a Special Master.

A brief summary of Mr. Hussie's
allegations regarding his injures appeared
contemporaneously with the alleged event on August
11, 1997.  He alleges that he was injured upon

extraction from his cell for movement of the
occupants of Trailer Number Two to the gym on that
date.

Upon arrival at the gym it was evident
that he had sustained a head injury, which I'll
describe in greater detail later on, and was asked
about it by a Sergeant C.K. Smith, Junior.  Sergeant
Smith was in charge of the SOG unit that was
monitoring the gym on that day, but he also knew Mr.
Hussie, also known from time to time as Kenny
Philips, from having known and seen him at a
different facility to which Mr. Smith was normally
assigned.  My recollection is Garden State or
Yardville as it's sometimes called.

And so Mr. Smith had a discussion with
Mr. Hussie about it and Mr. Smith entered a
contemporaneous report with regard to Mr. Hussie's
allegations.  It's brief and it states in its
substantive section relating to Mr. Hussie's
statement, and I quote:  "Inmate entered the gym with
slight abrasion to his forehead.  Inmate alleges he
was pushed into the wall locker by an officer.
Inmate seen by medical staff and IA.  Inmate escorted
to IA for interview and returned to the gym."

We have a couple of interesting points

here that in my view lend a substantial amount of

credibility to Mr. Hussie's testimony and the

description of the injures which he incurred.  First,

he made a contemporaneous complaint consistent with

what he has asserted throughout this matter.  And we

have a number of reports of investigations by

Internal Affairs, Officer Guerin in particular, and

other occasions in which Mr. Hussie was interviewed

on this topic and he has been consistent in

connection with those injuries throughout.  Nor has

he endeavored to embellish or exaggerate in any way

contrary to testimony which I've often received in

other proceedings.

I'm going to take a moment to read from

his testimony with regard to the events.  It's

somewhat lengthy, but just as easy to read as it

would be to try to summarize it.

In this case I'm reading from the

transcript of February 29th, 2008 when he testified

here.

Beginning at page 102, line seven and

continuing intermittently with certain gaps from time

to time to a concluding segment that ends at page

123, line five.

At this point he has described, first,

what happened to his roommate and how he was

processed and the questioning then picks up at that

point.  We're in the morning of August 11, 1997.

      "Question:  Okay.  You were next?

      "Answer:  Yes.

      "Question:  What happened?

      "Answer:  Pulled me off the bed the

same way.

      "Question:  Did he give you any

instructions prior to the time he pulled you off the

bed?

      "Answer:  Get up, that was it.

      "Question:  Did he tell you to get up

before he pulled you off the bed or after?

      "Answer:  After.

      "Question:  Did he give you any

instructions before he pulled you off the bed?

      "Answer:  No, sir.

      "Question:  Okay.  When you were pulled

off the bed, were you injured in any way as a result

of being pulled off the bed?

      "Answer:  No, sir.

      "Question:  Okay.  So then what

happened next, what did he tell you to do?

      "Answer:  After he told me to get up, I

stood up.  My face was still -- my back was towards

him, my face was still towards the locker.  I'm

looking in the cubicle now.

       "Question:  Okay.

       "Answer:  And the night stick with his

hand right next to the bed, the top bunk, let me show

you again, right next to the top bunk, the bunk is

basically level with my eyes.  He got right between

the two beds there is a wall locker, my neck and the

night stick was between the wall locker and the top

bunk.  And he asked me did I have a fucking problem,

excuse my language.  He asked me did I have a fucking

problem and I replied no.

       "Question:  Okay.

       "Answer:  And then after that, I

made -- I was still -- pulled me from there and I was

still face towards the wall locker, I mean he told me

to take my shirt off, took my shirt off and

everything, but before I got -- my shirt was off,

before I could take my boxers off, my head was

slammed up against the wall locker which it got

ridges on it and, I mean, my head get injured.

       "Question:  What do you mean slammed up

against the wall locker?

       "Answer:  He had the back of my neck, I

mean still with the baton.  He had the back of my

neck, he pushed my head into the wall locker twice,

slammed it, boom, boom.  And he told me to turn

around.  When I turned around, he told me open my

mouth and I opened my mouth -- before you turn

around, you got to do the regular bend over, you have

to squat, lift up your leg and everything.  And then

told me to turn around, open my mouth.  I opened my

mouth, make sure I didn't have no shanks or dentures

or anything in my mouth and everything.  Then he told

me to get dressed.  I got dressed in front of him.

Told me to put my head down and go out the door, put

my hands behind my back with the cuffs on and go out

the door.

         "Question:  Okay.  Now, when your head

slammed against the locker, you said he pushed you

against the locker twice?

         "Answer:  Yes.

         "Question:  Okay.  Were you injured as

a result of that?

         "Answer:  Yes.

         "Question:  How?

         "Answer:  It was my head -- when I say

bleeding, it bust open.  As a result of it busting

open, it was bleeding.  Not bleeding running down my

face or anything, but as a result of the scar, it was
bleeding."

I might note at a later point he
demonstrated the location of a scar, not a large one
to be sure, but nevertheless consistent with his
testimony and in the same area of his head as I
recall in the vicinity of the hairline.

Returning now to additional testimony
on this subject.  Now, relating to his discussions
with Sergeant Smith about the event.

"Question:  Okay.  Now, did Sergeant
Smith tell you to go back of the gym before you sat
down or after you sat down?

"Answer:  Before I sat down.

"Question:  Okay.  Did you follow his
orders?

"Answer:  Yes.

"Question:  Did he tell you anything
other than -- else other than just go to the back of
the gym?

"Answer:  No.

"Question:  Okay.  And did he come and
talk to you?

"Answer:  He -- everything that he
asked me, he asked me before he sent me to the back

of the gym.

        "Question:  What did he ask you?

        "Answer:  He asked me what happened.

        "Question:  And what did you tell him?

        "Answer:  I told him I was assaulted by
one of the SOG members.

        "Question:  Okay.  And did he escort
you -- did he take you personally to the back of the
gym?

        "Answer:  He walked right alongside of
me and told me to sit right there back of the gym
where the gates is at.

        "Question:  Did Sergeant Smith abuse
you in any way?

        "Answer:  No."

        We'll now skip some intervening
material, but resuming in this case at page 115.

        "Question:  Okay.  How long did you sit
there?

        "Answer:  About ten minutes.

        "Question:  And what happened?

        Answer:  A camera came back with the
nurse.  They treated --  they treated my head, then
IA took me up out of there.

        "Question:  Okay.  How long did you

have to wait in the back of the gym before the nurse
arrived?

        "Answer:  About ten minutes.

        "Question:  Okay.  And when the nurse
arrived, did she come alone or was she with anyone
else?

        "Answer:  No, she was with another
nurse and the cameras.  The IA do it with the
cameras.  They had cameras.

        "Question:  Is that three people?

        "Answer:  Yes.

        "Question:  Okay.  And did you talk to
them at all?

        "Answer:  She asked me what happened.
And I just told her my head been injured, that was
it.  And she done it up and everything, asked me was
I allergic to any medication and that was it.

        "Question:  Okay.  And were you ever
removed from the gym?

        "Answer:  Yes.

        "Question:  Were you ever taken to the
infirmary?

        "Answer:  No.

        "Question:  Okay.  How long after the
nurse treated your head -- and by the way, I'm sorry,

can you tell me exactly what she did?  Did she give

you any medication?  Did she put a Band-Aid on it,

what did she do?

            "Answer:  She put some -- not stitches,

but -- like a little -- they strips and whatnot.  She

put it on there and put some ointment stuff on

there."

            Final segment on this subject starting

at page 122.

            "Question:  Now, did you ever receive

any more treatment for your -- the injury to your

scalp?

            "Answer:  Yes.

            Question:  When.

            Answer:  It was a couple days later

after.  It was a couple days later.

            "Question:  And what happened -- what

type of treatment did you receive?

            "Answer:  They came in -- they like

clean and bandage -- the nurse came in and clean the

bandages.

            "Question:  Came in where?

            "Answer:  To Trailer Two.

            "Question:  Okay.  But you weren't

taken from the Internal Affairs office to the

infirmary?

      "Answer:  No, I wasn't taken, no.

      "Question:  Okay.  So that on the day
that your trailer was searched, the only treatment
you received was from the nurse in the gym?

      "Answer:  In the gym, that is correct."

      Now, the medical records characterize
the injury observed on Mr. Hussie's head as a
"superficial abrasion".  I find, frankly, that's an
understatement and that the injury was slightly more
serious than that, although not very serious.  It did
result in some residual swelling and some headaches.
However, they were not severe and not lengthy.  The
swelling was in place for approximately a month or
two, but hardly aggravated and without any sequential
injuries attributable to it.  There were some
headaches which I think as a layperson he was able to
attribute to the event, but none that were either
severe or prolonged as I find, given the nature of
the injury and the amount of force employed.

      I find that, based upon the facts as
set forth above, there was, indeed, excessive,
unnecessary and sadistic force imposed upon Mr.
Hussie consistent both as a matter of fact and law
with the definitions of the use of excessive force in

Hussie Conclusion                    January 9, 2009

Page 15

this Eighth Amendment context as reflected in the

jury instructions.

There was absolutely no necessity

whatsoever or any reason of any kind for the officer

in question just to bang Mr. Hussie's head against

the wall of his locker.  The fact of a serrated vent

does, indeed, lend further credence to the fact of at

least a slight cut, as Mr. Hussie described it.  And

as I said, there was no reason to impose any

on-the-spot discipline at the time nor was he in any

way resisting or disobeying orders given to him in

connection with getting undressed as a prelude to his

exit from the cell.

However, in light of the fact that the

striking of Mr. Hussie was neither prolonged nor

repeated, while actionable for compensatory damages,

I do not find this assault visited upon him rose to

the level of being so egregious as to support a claim

for punitive damages.  I make that finding.

Finally, although not every item of

evidence has been discussed in this opinion/report,

all evidence presented to the Special Master was

reviewed and considered; including, as I've said,

evidence introduced over several sessions subsequent

to Mr. Hussie's testimony.

Hussie Conclusion                    January 9, 2009

I find that the injury inflicted here

is actionable.  I find that it was not severe and was

quickly and readily treated without any sequellae

other than modest swelling and headaches, both of

which subsided.  I do not find that there is any

permanency involved in this matter.

Accordingly, I recommend in this report

that the district court enter an award of

compensatory damages in the amount of $2,500 in Mr.

Hussie's favor.

C E R T I F I C A T E


I, Theresa O. Mastroianni, a Notary Public and

Certified Shorthand Reporter of the State of New

Jersey, do hereby certify that the foregoing is a

true and accurate transcript of the testimony as

taken stenographically by and before me at the time,

place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a

relative nor employee nor attorney nor counsel of any

of the parties to this action, and that I am neither

a relative nor employee of such attorney or counsel,

and that I am not financially interested in the

action.


*Theresa O. Mastroianni*
Theresa O. Mastroianni, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2010
Certificate No. XIO857
Date: January 15,  2009

**A**
able 14:37
abrasion 5:45
   14:21
absolutely 15:9
abuse 11:29
accurate 17:15
action 1:7 17:25
   17:31
actionable 15:35
   16:7
additional 10:19
Affairs 6:17
   13:53
aggravated
   14:33
Agreement 4:27
al 1:19
allegations 4:35
   4:49 5:39
alleged 4:51
alleges 4:53 5:45
allergic 12:37
alongside 11:23
Amendment
   15:5
amount 6:5
   14:43 16:21
Answer 7:13,17
   7:27,33,39,47
   7:53 8:13,33
   8:53 9:39,45
   9:49 10:31,37
   10:45,51 11:9
   11:13,23,33,43
   11:47 12:9,17
   12:25,31,43,49
   13:11,29,33,41
   13:49 14:7,15
Anthony 1:16
   4:7
appeared 4:49
applicable 4:35
applied 4:29
approximately

14:31
area 10:15
arrival 5:11
arrived 12:7,13
asked 5:15 8:25
   8:27 10:53,53
   11:9 12:31,35
assault 15:37
assaulted 11:13
asserted 6:13
assigned 5:29
attorney 17:23
   17:27
**ATTORNEYS**
   3:16
attributable
   14:35
attribute 14:39
Audubon 2:45
August 4:51 7:9
award 16:19

**B**
back 8:5,53 9:5
   9:29 10:27,41
   10:53 11:19,25
   11:47 12:5
bandage 13:43
bandages 13:5
Band-Aid 13:7
bang 15:13
based 4:31 14:45
basically 8:19
baton 9:5
Bayside 1:13
bed 7:17,25,31
   7:37,43,45
   8:15
beds 8:21
Beginning 6:45
bend 9:15
BISSELL 1:42
   4:5
bleeding 9:51,53
   9:53 10:7
boom 9:9,9

boxers 8:43
brief 4:47 5:39
bunk 8:15,17,17
   8:25
bust 9:51
busting 9:51

**C**
C 3:7 17:5,5
called 5:31
Camden 2:21
camera 11:47
cameras 12:19
   12:21,21
case 4:7 6:39
   11:37
cell 5:5 15:29
certain 6:47
Certificate
   17:45
Certified 2:13
   2:41 17:11
certify 17:13,21
characterize
   14:17
charge 5:19
charges 4:33
Civil 1:7 4:41
claim 15:39
clean 13:43,43
come 10:47
   12:13
commencing
   2:21
Commission
   17:44
compensatory
   15:35 16:21
complaint 6:11
concluding 6:49
connection 6:23
   15:27
considered
   15:49
consistent 6:11
   6:21 10:13

14:51
constitute 4:41
contemporanc...
   5:37 6:11
contemporane...
   4:51
context 15:5
continuing 6:47
contrary 6:27
correct 14:15
counsel 17:23,27
couple 4:17 5:53
   13:33,35
court 1:5 2:15
   2:19,41 16:19
credence 15:17
credibility 6:7
cubicle 8:9
cuffs 9:29
cut 15:19
C.K 5:17
C.S.R 17:42

**D**
damages 15:35
   15:41 16:21
date 5:9 17:19
   17:46
day 5:21 14:9
days 4:17 13:33
   13:35
decision 4:19,29
Defendants 1:21
   3:16
definitions
   14:53
demonstrated
   10:11
dentures 9:21
describe 5:15
described 6:53
   15:19
description 6:9
detail 5:15
different 5:27
directives 4:23

discipline 15:23
discussed 15:45
discussion 5:33
discussions
   10:21
disobeying
   15:25
district 1:5,6
   2:19 16:19
docket 4:7
door 9:27,31
dressed 9:25,25

**E**
E 3:7,7 17:5,5
easy 6:35
egregious 15:39
Eighth 15:5
either 14:39
embellish 6:25
employed 14:43
employee 17:23
   17:27
endeavored 6:25
ends 6:49
enter 16:19
entered 5:35,43
escort 11:17
escorted 5:49
ESQUIRE 3:12
et 1:19
event 4:51 10:23
   14:39
events 6:33
evidence 4:11
   15:45,47,51
evident 5:11
exactly 13:5
exaggerate 6:25
examined 4:15
excessive 14:47
   14:53
excuse 8:27
exhibits 4:15
exit 15:29
Expires 17:44

extent 4:35
extraction 5:5
eyes 8:19

**F**

F 17:5
face 8:5,7,37
  10:5
facility 5:27
fact 14:51 15:15
  15:17,31
facts 4:29 14:45
FAUVER 1:19
favor 16:23
February 6:41
Final 13:19
finalized 4:39
Finally 15:43
financially
  17:29
find 14:21,41,45
  15:37 16:5,7
  16:13
finding 15:41
first 6:9,53
five 6:51
follow 10:33
force 14:43,49
  14:53
foregoing 17:13
forehead 5:45
FORMAROLI
  2:39
forth 4:31 14:47
  17:19
frankly 14:21
FRIDAY 1:32
front 9:25
fucking 8:25,27
further 15:17
  17:21

**G**

gaps 6:47
Garden 5:29
gates 11:27

Gerry 2:19
getting 15:27
give 7:21,35 13:5
given 14:41
  15:25
go 9:27,29 10:27
  10:41
going 6:31
greater 5:15
GRIEGEL 3:11
Guerin 6:17
guiding 4:27
gym 5:7,11,21
  5:43,51 10:27
  10:43 11:5,21
  11:25 12:5,41
  14:13,15

**H**

H 1:19
hairline 10:17
HAMILTON
  3:14
hand 8:15
hands 9:29
happened 7:5,15
  7:51 11:9,45
  12:31 13:37
head 5:13 8:43
  8:47 9:7,27,33
  9:49 10:15
  11:49 12:33,53
  14:19 15:13
headaches 14:27
  14:37 16:11
hereinbefore
  17:19
HIGHWAY
  3:13
HONORABLE
  1:42
Horse 2:43
House 2:19
Hussie 1:16 4:7
  4:37 5:23,35
  6:19 14:51

15:19,33
Hussie's 4:47
  5:37,41 6:7
  14:19 15:13,53
  16:23

**I**

IA 5:49,51 11:51
  12:19
impose 15:21
imposed 14:49
including 15:49
incurred 6:9
infirmary 12:47
  14:5
inflicted 16:5
injured 4:53
  7:43 8:47 9:41
  12:33
injures 4:49 6:9
injuries 6:23
  14:35
injury 5:13
  13:25 14:19,23
  14:43 16:5
Inmate 5:43,45
  5:49,49
instructions
  4:33 7:23,37
  15:7
interested 17:29
interesting 5:53
intermittently
  6:47
Internal 6:17
  13:53
intervening
  11:35
interview 5:51
interviewed 6:19
introduced
  15:51
investigations
  6:15
involved 16:15
issued 4:21

item 15:43

**J**

JAMES 3:12
January 1:32
  17:46
Jersey 1:6 2:17
  2:21,45 3:14
  17:13,43
JOHN 1:42
JUDGE 4:5
Junior 5:17
jury 4:31,33
  15:7

**K**

Kenny 5:23
kind 15:11
knew 5:21
known 5:23,25

**L**

language 8:27
large 10:11
law 4:27 14:51
layperson 14:37
LAZZARO 3:12
leg 9:17
lend 6:5 15:17
lengthy 6:35
  14:29
level 8:19 15:39
license 2:15
lift 9:17
light 15:31
line 6:45,51
Litigation 1:14
little 13:13
Local 4:39
location 10:11
locker 5:47 8:7
  8:21,23,37,45
  8:51 9:7,35,37
  15:15
long 11:39,53
  12:51

looking 8:9

**M**

Master 1:15,42
  4:25,45 15:47
Master's 4:25
Mastroianni
  2:13,39 17:9
  17:42
material 11:37
matter 1:11 2:13
  4:13 6:13
  14:51 16:15
mean 8:37,47,49
  9:5
medical 5:49
  14:17
medication
  12:37 13:7
Mejias 4:33
members 11:15
minutes 11:43
  12:9
modest 16:11
moment 6:31
monitoring 5:21
month 14:31
morning 7:9
mouth 9:13,13
  9:19,21,23
movement 5:5

**N**

N 3:7
nature 14:41
necessity 15:9
neck 8:21,53 9:7
neither 15:33
  17:21,25
nevertheless
  10:13
New 1:6 2:17,21
  2:45 3:14
  17:11,43
night 8:13,23
normally 5:27

Notary 2:17
 17:9,43
note 10:9
number 2:15 4:9
 5:7 6:15
nurse 11:49 12:5
 12:11,19,53
 13:43 14:13

O

O 2:13 17:9,42
observed 14:19
occasions 6:19
occupants 5:7
office 13:53
officer 5:47 6:17
 15:11
ointment 13:15
Okay 7:11,41,49
 8:11,31 9:33
 9:41 10:25,33
 10:47 11:17,39
 11:53 12:11,27
 12:39,51 13:51
 14:9
on-the-spot
 15:23
open 9:11,19,51
 9:53
opened 9:13,19
opinion/report
 1:13 4:21
 15:45
order 4:17,23,45
orders 10:35
 15:25

P

P 3:7,7
page 6:45,49
 11:37 13:21
paragraph 4:43
particular 6:17
parties 17:25
PC 3:11
people 12:23

permanency
 16:15
personally 11:19
Philips 5:25
picks 7:7
Pike 2:43
place 14:31
 17:19
Plaza 2:19
point 6:53 7:9
 10:9
points 5:53
prelude 15:27
presented 4:11
 15:47
principles 4:27
prior 7:23
Prison 1:13
problem 8:25,29
proceedings
 2:11 4:7 6:29
processed 7:7
prolonged 14:41
 15:33
Public 2:17 17:9
 17:43
pulled 7:17,23
 7:31,37,41,45
 8:35
punitive 15:41
pursuant 4:23
pushed 5:47 9:7
 9:35
put 9:27,27 13:7
 13:11,15,15

Q

question 7:11,15
 7:21,29,35,41
 7:49 8:11,31
 8:49 9:33,41
 9:47 10:25,33
 10:39,47 11:7
 11:11,17,29,39
 11:45,53 12:11
 12:23,27,39,45

 12:51 13:23,31
 13:37,47,51
 14:9 15:13
questioning 7:7
quickly 16:9
quote 5:43

R

R 3:7 17:5
reach 4:17
read 6:31,35
readily 16:9
reading 6:39
realize 4:11
reason 15:11,21
recall 10:17
receive 13:23,39
received 6:27
 14:13
recollection 5:29
recommend
 16:17
records 14:17
Reference 4:23
 4:45
reflected 15:5
regard 1:11 5:37
 6:33
regarding 4:49
regular 9:15
relating 5:41
 10:21
relative 17:23,27
removed 12:41
reopening 4:5
repeated 15:35
replied 8:29
report 4:43 5:37
 16:17
Reporter 2:15
 17:11
Reporting 2:41
reports 6:15
required 4:43
residual 14:27
resisting 15:25

result 7:43 9:43
 9:51 10:5
 14:27
resuming 11:37
returned 5:51
Returning 10:19
review 4:39
reviewed 15:49
ridges 8:47
right 8:15,17,19
 11:23,25
roommate 7:5
rose 15:37
ROSELLI 3:11
Rule 4:41
running 9:53

S

S 3:7
sadistic 14:49
sat 10:27,29,31
scalp 13:27
scar 10:5,11
searched 14:11
section 5:41
seen 5:25,49
segment 6:49
 13:19
sent 10:53
sequellae 16:9
sequential 14:33
Sergeant 5:17
 5:17 10:23,25
 11:29
serious 14:25,25
serrated 15:15
sessions 4:13
 15:51
set 4:31 14:47
 17:19
seven 4:43 6:45
severe 14:29,41
 16:7
shanks 9:21
shirt 8:39,39,41
Shorthand

 17:11
show 8:15
sir 7:39,47
sit 11:25,39
skip 11:35
slammed 8:45
 8:49 9:9,35
slight 5:45 15:19
slightly 14:23
Smith 5:17,19
 5:27,33,35
 10:23,27 11:29
SOG 5:19 11:15
somewhat 6:35
sorry 12:53
South 2:43
Special 1:15,42
 4:25,25,45
 15:47
SQUARE 3:14
squat 9:17
staff 5:49
starting 13:19
State 1:13 2:17
 3:13 5:29
 17:11,43
statement 5:43
states 1:5 2:19
 5:39
stenographica...
 17:17
stick 8:13,23
stitches 13:11
stood 8:5
striking 15:33
strips 13:13
stuff 13:15
subject 10:21
 13:19
subsequent
 15:51
subsided 16:13
substantial 6:5
substantive 5:41
summarize 6:37
summary 4:47

21

**superficial** 14:21
**support** 15:39
**sure** 9:21 10:13
**sustained** 5:13
**swelling** 14:27 14:31 16:11

**T**

**T** 17:5,5
**take** 6:31 8:39 8:43 11:19
**taken** 2:13 12:45 13:53 14:7 17:17
**talk** 10:49 12:27
**tell** 7:29,51 10:27,39 11:11 13:5
**ten** 11:43 12:9
**terms** 4:13
**testified** 6:41
**testimony** 4:15 6:7,27,33 10:15,19 15:53 17:15
**Theresa** 2:13 17:9,42
**think** 14:37
**three** 12:23
**time** 5:23,23 6:47,49 7:23 15:23 17:17
**told** 7:53 8:37 9:9,11,19,23 9:27 11:13,25 12:33
**top** 8:15,17,23
**topic** 6:21
**trailer** 5:7 13:49 14:11
**transcript** 2:11 4:41 6:41 17:15
**treated** 11:49,49 12:53 16:9

**treatment** 13:25 13:39 14:11
**true** 17:15
**try** 6:37
**turn** 9:9,13,19
**turned** 9:11
**twice** 9:7,37
**two** 5:7 8:21 13:49 14:33
**type** 13:39

**U**

**underlie** 4:29
**understatement** 14:23
**undressed** 15:27
**unit** 5:19
**United** 1:5 2:19
**unnecessary** 14:49
**use** 14:53

**V**

**vent** 15:15
**vicinity** 10:17
**Videoconfere...** 2:41
**view** 6:5
**visited** 15:37
**vs** 1:17

**W**

**W** 1:42
**wait** 12:5
**walked** 11:23
**Walker** 4:33
**wall** 5:47 8:21 8:23,37,45,51 9:7 15:15
**wasn't** 14:7
**way** 6:25 7:19 7:43 11:31 12:53 15:25
**weren't** 13:51
**We'll** 11:35
**We're** 7:9

**whatnot** 13:13
**whatsoever** 15:11
**White** 2:43
**WILLIAM** 1:19
**written** 4:43

**X**

**X1O857** 17:45

**Y**

**Yardville** 5:31

**$**

**$2,500** 16:21

**0**

**08-335** 1:7 4:9
**08102** 2:21
**08106** 2:45
**08690** 3:14

**1**

**10:00** 2:21
**102** 6:45
**11** 4:53 7:9
**115** 11:37
**122** 13:21
**123** 6:51
**1337** 3:13
**15** 17:46
**1997** 4:53 7:9

**2**

**2008** 6:41
**2009** 1:32 17:46
**2010** 17:44
**251** 2:43
**29th** 6:41

**3**

**30X100085700** 2:15
**33** 3:13

**5**

**5** 17:44

**52.1** 4:41

**6**

**609-586-2257** 3:15

**8**

**856-546-1100** 2:47

**9**

**9** 1:32